THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEVON ISAAC, Appellant, v DONNA LEWIN, Superintendent, Hudson Correctional Facility, et al., Respondents.

Decided March 24, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK by ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, Respondent, v MAURICE R. GREENBERG et al., Appellants.

Submitted March 7, 2016; decided March 24, 2016

Motion by AARP for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge GARCIA taking no part.

ARMAND RETAMOZZO, Appellant, v DIANA FRIEDLAND et al., Respondents.

Decided March 24, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motions for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.